IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bryant, Eugene

Printed: 3/18/08

Case Number: 07 B 20409
Judge: Squires, John H
Filed: 11/1/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 6, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | KMA Holdings | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 620.00 | 0.00 |
| 5. | City Of Chicago | Secured | 5,393.86 | 0.00 |
| 6. | City Of Chicago | Secured | 700.00 | 0.00 |
| 7. | GMAC Auto Financing | Secured | 30,450.00 | 0.00 |
| 8. | American General Finance | Secured | 7,187.00 | 0.00 |
| 9. | Litton Loan Servicing | Secured | 22,640.00 | 0.00 |
| 10. | ShoreBank | Secured | 17,000.00 | 0.00 |
| 11. | Litton Loan Servicing | Secured | 15,033.60 | 0.00 |
| 12. | Washington Mutual Bank FA | Secured | 1,524.60 | 0.00 |
| 13. | Washington Mutual Bank FA | Secured | 14,554.80 | 0.00 |
| 14. | Illinois Dept of Revenue | Priority | 1,079.36 | 0.00 |
| 15. | Alvin Martin | Unsecured | 1,609.63 | 0.00 |
| 16. | KMA Holdings | Unsecured | 24.00 | 0.00 |
| 17. | Peoples Energy Corp | Unsecured | 327.40 | 0.00 |
| 18. | Capital One | Unsecured | 31.29 | 0.00 |
| 19. | Portfolio Recovery Associates | Unsecured | 25.83 | 0.00 |
| 20. | Illinois Dept of Revenue | Unsecured | 11.94 | 0.00 |
| 21. | GMAC Auto Financing | Unsecured | 313.42 | 0.00 |
| 22. | ShoreBank | Secured | | No Claim Filed |
| 23. | Aronson Furniture Company | Unsecured | | No Claim Filed |
| 24. | Aronson Furniture Company | Unsecured | | No Claim Filed |
| 25. | Aronson Furniture Company | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bryant, Eugene

Printed: 3/18/08

Case Number: 07 B 20409

Judge: Squires, John H

Filed: 11/1/07

| | | | | |
|---|---|---|---|---|
| 26. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 27. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 28. | Credit Protection Association | Unsecured | | No Claim Filed |
| 29. | EMC Mortgage Corporation | Unsecured | | No Claim Filed |
| 30. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 31. | American General Finance | Unsecured | | No Claim Filed |
| 32. | Harris & Harris | Unsecured | | No Claim Filed |
| 33. | Harris & Harris | Unsecured | | No Claim Filed |
| 34. | HSBC | Unsecured | | No Claim Filed |
| 35. | Lease Finance Group | Unsecured | | No Claim Filed |
| 36. | Lease Finance Group | Unsecured | | No Claim Filed |
| 37. | Litton Loan Servicing | Unsecured | | No Claim Filed |
| 38. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 39. | American General Finance | Unsecured | | No Claim Filed |
| 40. | New Century Mortgage | Unsecured | | No Claim Filed |
| 41. | Option One Mortgage Corp | Unsecured | | No Claim Filed |
| 42. | American General Finance | Unsecured | | No Claim Filed |
| 43. | Ocwen Loan Servicing LLC | Unsecured | | No Claim Filed |
| 44. | Option One Mortgage Corp | Unsecured | | No Claim Filed |
| 45. | PCFS Financial Services | Unsecured | | No Claim Filed |
| 46. | American General Finance | Unsecured | | No Claim Filed |
| 47. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 48. | Professional Account Management | Unsecured | | No Claim Filed |
| 49. | Providian Financial | Unsecured | | No Claim Filed |
| 50. | ShoreBank | Unsecured | | No Claim Filed |
| 51. | ShoreBank | Unsecured | | No Claim Filed |
| 52. | Select Portfolio Servicing | Unsecured | | No Claim Filed |
| 53. | ShoreBank | Unsecured | | No Claim Filed |
| 54. | ShoreBank | Unsecured | | No Claim Filed |
| 55. | The Bureau Inc | Unsecured | | No Claim Filed |
| 56. | Valentine & Kebartas Inc | Unsecured | | No Claim Filed |
| 57. | Millenium Credit Consultants | Unsecured | | No Claim Filed |
| 58. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 59. | Triad Financial Services | Unsecured | | No Claim Filed |
| 60. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 61. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 62. | West Asset Management | Unsecured | | No Claim Filed |
| 63. | The Diamond Center | Unsecured | | No Claim Filed |
| 64. | Providian Financial | Unsecured | | No Claim Filed |
| 65. | Option One Mortgage Corp | Unsecured | | No Claim Filed |
| 66. | ShoreBank | Unsecured | | No Claim Filed |
| | | | $ 118,526.73 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bryant, Eugene

Printed: 3/18/08

Case Number: 07 B 20409
Judge: Squires, John H
Filed: 11/1/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

